CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 15 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JONATHAN VAUGHAN<br>                                  *Plaintiff,*<br>v.<br>SEARS LOGISTICS SERVICES, INC.<br>                                  *Defendant.* | CIVIL ACTION NO. 6:11-CV-00011<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of Plaintiff's motion to strike, or in the alternative, to remand this case to the Circuit Court for the City of Lynchburg. (docket no. 8) For the reasons set forth in the accompanying memorandum opinion, the motion is hereby DENIED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying opinion to all counsel of record.

Entered this ___15th___ day of August, 2011.

                                                                      */s/ Norman K. Moon*
                                                                       NORMAN K. MOON
                                                                       UNITED STATES DISTRICT JUDGE